UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**VANT AGE MEZZANINE FUND II PARTNERSHIP acting through VANTAGE MEZZANINE FUND II (PTY) LTD,**

        *Petitioner*,

-against-

**JOHN ERIC KODWO TAYLOR,**

        *Respondent.*

23-CV-06852 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Petitioner's Proposed Ex Parte Order to Show Cause ("OSC") seeking a Temporary Restraining Order ("TRO") and an Order of Attachment, ECF No. 8. The ex parte TRO and Order of Attachment are hereby **DENIED**. Petitioner is **ORDERED** to serve its request on Respondent by August 8, 2023. Respondent is **ORDERED** to file a response by August 14, 2023. Petitioner's reply, if any, must be filed by August 17, 2023.

    The Court will hold a telephonic conference in this action for a preliminary injunction on **Monday, August 21, 2023 at 11AM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **August 4, 2023**
          **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**