UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANT AGE MEZZANINE FUND II PARTNERSHIP acting through VANTAGE MEZZANINE FUND II (PTY) LTD,

    *Petitioner*,

-against-

JOHN ERIC KODWO TAYLOR,

    *Respondent*.

23-CV-06852 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

    The Clerk of the Court is respectfully directed to close the open motion at ECF No. 19.

**SO ORDERED.**

**Dated:**     **March 8, 2024**
            **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**