UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VANTAGE MEZZANINE FUND II
PARTNERSHIP ACTING THROUGH
VANTAGE MEZZANINE FUND II (PTY) LTD,

                         Petitioner,                                    23 **CIVIL** 6852 (ALC)

       -against-                                               **JUDGMENT**

JOHN ERIC KODWO TAYLOR,

                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 27, 2024, Petitioners supplemental motion to confirm the arbitral award is GRANTED.

**Dated**: New York, New York
        September 30, 2024

                                                                           **DANIEL ORTIZ**
                                                                 **Acting Clerk of Court**

                                    **BY:**
                                                                 **Deputy Clerk**