UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANTAGE MEZZANINE FUND II
PARTNERSHIP acting through VANTAGE
MEZZANINE FUND II (PTY) LTD          Case No: 23-cv-6852

                    Petitioner,       ~~[proposed]~~ **Amended Judgment**

        -against-

JOHN ERIC KODWO TAYLOR

                    Respondent.

It is hereby **ORDERED, ADJUDGED**, **AND DECREED**: that for the reasons stated in

the Court's Opinion dated September 27, 2024:

**ORDERED** that Petitioner's supplemental motion to confirm the arbitral award is

**GRANTED**; and it is further

**ORDERED** that Petitioner's supplemental motion to recognize (i) the Supreme Court of

Bermuda's judgment of March 31, 2023, and (ii) the High Court of England & Wales's judgment

of August 4, 2023, is granted in favor of the Petitioner and against Respondent for the amount of

USD $59,398,766, plus costs and interest, is **GRANTED**.

Dated: ___July 2, 2025___
        New York, New York

                                        **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**

                                BY: _____
                                            **Deputy Clerk**